# EXHIBIT G

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE
MAR 17 2011
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ODYSSEY (VIII) DP I, LLC f/k/a ) ODYSSEY (VI) COMMERCIAL DP III, ) LLC, LAWRENCE TODD MAXWELL ) and WILLIAM D. DROST, ) ) Defendants. ) | FORECLOSURE CONFIRMATION ACTION<br><br>FILE NO. 2010CV191804 |

## ORDER CONFIRMING FORECLOSURE SALE

**WHEREAS**, on October 5, 2010, Plaintiff Branch Banking & Trust ("BB&T") filed its Petition for Confirmation of Foreclosure Sale pursuant to O.C.G.A. § 44-14-161, *et seq.* to confirm the foreclosure sale (the "Sale") that BB&T conducted on September 7, 2010 of real property known as Old National Station and located in Land Lot 197 of the 13th District of Fulton County (the "Property"), which was formerly owned by Odyssey (VIII) DP I, LLC formerly known as Odyssey (VI) Commercial DP III, LLC ("Odyssey");

**WHEREAS**, on October 5, 2010 BB&T properly reported the Sale to a presiding Judge of the Superior Court of Fulton County; and

**WHEREAS**, BB&T's Petition came on for hearing before this Court on Thursday, March 17, 2011;

**NOW, THEREFORE**, based on the documents and evidence that BB&T entered into the record at the hearing, this Court makes the following findings of facts:

WCSR 4574277v1

- 2 -

1. BB&T presented evidence and documents that demonstrated that BB&T properly advertised and conducted the sale of the Property.

2. BB&T presented the evidence and documents that demonstrated that Atlas GA II SPE, LLC bid $3,900,000.00 for the Property at the Sale.

3. BB&T presented the evidence and documents that demonstrated that the $3,900,000.00 bid amount was equal to, or exceeded, the true market value for the Property on the date of the Sale.

4. BB&T presented the evidence and documents that demonstrated that the Sale was conducted in accordance with provisions of Georgia law, and that there was nothing irregular about the Sale.

Accordingly, based on these findings of fact, it is hereby:

**ORDERED AND ADJUDGED** that BB&T's Petition is herewith GRANTED, and the Sale is hereby **CONFIRMED**, pursuant to O.C.G.A. § 44-14-161, for all purposes under Georgia law.

SO ORDERED, this 17th day of MARCH, 2011.

_____
CHIEF JUDGE CYNTHIA D. WRIGHT
SUPERIOR COURT OF FULTON COUNTY
ATLANTA JUDICIAL CIRCUIT

Presented By:

- 3 -

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: _____/s/ Ashley Thompson_____
John A. Thomson, Jr.
State Bar No. 706760
Ashley S. Thompson
State Bar No. 100109

**Attorneys for Branch Banking & Trust Company**

271 17th Street
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7453
ashley.thompson@wcsr.com