# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BRANCH BANKING & TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) ) | NO. _____ |
| ODYSSEY (VIII) DP I, LLC f/k/a ODYSSEY (VI) COMMERCIAL DP III, LLC, LAWRENCE TODD MAXWELL and WILLIAM D. DROST, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STATE OF NORTH CAROLINA**
**COUNTY OF FORSYTH**

## VERIFICATION

The undersigned hereby certifies that she is a Business Loan Recovery Officer of Branch Banking & Trust Company ("BB&T"), that she has authority to make this Verification, that she has reviewed the within and foregoing Verified Complaint, and that the facts recited herein are true and correct based upon her personal knowledge and upon her review of the business records of BB&T, which are maintained and relied upon in the ordinary course of BB&T's business.

- 18 -

WCSR 7652371v1

BRANCH BANKING & TRUST COMPANY

By: _____
Yvonne Beck
Business Loan Recovery Officer

Sworn to and subscribed before me
this 26 day of February, 2013.

_____
Notary Public

My Commission Expires: 8/15/16

*[Notary seal: CHRISTINE L FRAZIER, Notary Public, Forsyth County, My Commission Expires 8/15/16, NORTH CAROLINA]*