FILED IN CHAMBERS
U.S.D.C. - Rome
APR 2 3 2014
JAMES N. HATTEN, Clerk
                Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRANCH BANKING & TRUST COMPANY,

      Plaintiff,

v.

ODYSSEY (VII) DP I, LLC f/k/a
ODYSSEY (VI) COMMERCIAL DP III,
LLC, LAWRENCE TODD MAXWELL and
WILLIAM D. DROST,

      Defendants.

CIVIL ACTION

NO. 1:13-CV-643-RLV

ORDER

This matter comes before the court on the pending motion for summary judgment [Doc. No. 44]. Having reviewed this motion, the court concludes that a mediation session with a magistrate judge of this court may assist the parties in the resolution of this matter without further costly motion practice. In reaching this conclusion, the court notes that the bulk of defendant Lawrence T. Maxwell's arguments in his November 4, 2013 response are focused on issues related to damages, not liability issues. So that the parties can resolve the outstanding issues in this case, the court REFERS this matter to a magistrate judge of this court for a mediation session.

SO ORDERED, this 23rd day of April, 2014.

ROBERT L. VINING, JR.
Senior United States District Judge