IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ODYSSEY (VIII) DP I, LLC f/k/a ODYSSEY (VI) COMMERCIAL DP III, LLC, LAWRENCE TODD MAXWELL and WILLIAM D. DROST, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:13-cv-00643-RLV |

## FINAL JUDGMENT

THIS MATTER came before the Court on the JOINT STIPULATION FOR ENTRY OF STIPULATED FINAL JUDGMENT filed by BRANCH BANKING AND TRUST COMPANY ("BB&T"), ODYSSEY (VII) DP I, LLC f/k/a ODYSSEY (VI) COMMERCIAL DP III, LLC, a Florida Limited Liability Company ("Odyssey"), and LAWRENCE T. MAXWELL, an Individual ("Maxwell"). BB&T, Odyssey and Maxwell stipulate to the entry of a Stipulated Final Judgment against Odyssey and Maxwell, both of whom are collectively referred to herein as "Defendants," on Count I, that part of Count II directed against Maxwell, and that part of Count III directed against Odyssey and Maxwell, of the "Verified Complaint" initiating this cause.

The Court has reviewed the record, and notes that the Verified Complaint is based upon claims arising from certain loan documents as more fully described in the Complaint.

The Parties are stipulating to the entry of a final judgment (this "Stipulated Final Judgment") on the Verified Complaint. The Court, having considered the Verified Complaint, and all other pleadings and documents of record, is fully advised in this matter.

Based upon the foregoing, the Court finds that BB&T is entitled to the entry of this Stipulated Final Judgment as to Count I, that part of Count II directed against Maxwell, and that part of Count III directed against Odyssey and Maxwell, of the Verified Complaint. Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court has jurisdiction of the subject matter of this cause, and the over BB&T, Odyssey and Maxwell, to the extent necessary to enter this Stipulated Final Judgment as to the Verified Complaint, with service of process having been obtained on the parties.

2. BB&T is entitled to the entry of this Stipulated Final Judgment as to the Verified Complaint, in its favor and against the Odyssey and Maxwell to the extent set forth herein.

3. On the basis of the matters alleged in the Verified Complaint, and as stipulated by the Parties, BB&T is owed the following sums of money from the Defendants as of <u>July 25, 2014</u>:

    a.    Principal:           $ 614,068.52

    b.    Interest:            $ 132,843.49

    c.    Attorneys' Fees:   $ 75,000.00

**TOTAL AMOUNT DUE:**   **$ 821,912.01**

4. The total amount due of $ 821,912.01 (the "Judgment Amount") will bear interest as provided by statute, from the date of entry of this Stipulated Final Judgment.

5. The Court reserves jurisdiction to enforce this Stipulated Final Judgment, including orders on proceedings supplementary, writs of execution, discovery in aid of execution, and all other means of execution and levy permitted by law and in equity.

**SO ORDERED** this the 3rd day of October, 2014.

_____
United States District Judge