IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:13-CV-00643-RWS |
| : | |
| ODYSSEY (VIII) DPI, LLC, LAWRENCE TODD MAXWELL, and WILLIAM D. DROST, : | |
| : | |
| Defendants. : | |

## **ORDER**

Counsel for Plaintiff Branch Banking & Trust Company has informed the Court that Defendant William D. Drost's debts have been discharged as part of a bankruptcy proceeding. As such, Plaintiff does not intend to pursue its claims against Defendant Drost at this time. Judgement has already been entered against Defendants Odyssey and Maxwell [Doc. No. 66]. The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 12th day of May, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)